### MORGAN, Respondent, *vs.* ALLEN, Appellant.

1. See *Brownlee* v. *Allen*, ante.

*Appeal from St. Louis Law Commissioner's Court.*

*Glover & Richardson*, for appellant.
*Wickham & Snead*, for respondent.

RYLAND, Judge. The same facts in this case as in the case of *Brownlee et al.*, v. *Allen*. The parties agree that the judgment of this court, in that case, shall determine this. The judgment below is therefore affirmed, the other judges concurring.